# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 12, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A26E0086.  KEITH TUCKER v. SHERMELA WILLIAMS, JUDGE.

Upon consideration of Keith Tucker's petition for writ of mandamus, the same is hereby DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>11/12/2025</u>

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*